## Commonwealth *v.* Haith, Appellant.

Submitted June 10, 1968. *Charles L. Haith,* appellant, in propria persona; *Roger F. Cox* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Harris, Appellant.

Argued June 13, 1968. *Mary Bell Hammerman,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Burton D. Fretz,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.